# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2020 KW 0026

FEB 1 8 2020

---

In Re:    Andre Thomas, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-18-0599.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.** See La. Code Crim. P. art. 673.

                           **TMH**
                           **AHP**
                           **WIL**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
     FOR THE COURT